# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4755

_____

TROY HILL,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

February 5, 2019

PER CURIAM.

   The writ of prohibition is denied on the merits. *See State v. Telucien*, 225 So. 3d 385 (Fla. 4th DCA 2017); *Wallace v. State*, 189 So. 3d 1022 (Fla. 3d DCA 2016).

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Troy Hill, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.